UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REGINALD BULLOCK,<br><br>Plaintiff, | Case No. 22-cv-01939-PJH<br><br>**ORDER OF DISMISSAL** |

    This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice.  Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.

    **IT IS SO ORDERED.**

Dated: May 5, 2022

                                                                            /s/ Phyllis J. Hamilton
                                                                        PHYLLIS J. HAMILTON
                                                                        United States District Judge